PALMER and VERTEFEUILLE, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18456.

*Juri E. Taalman,* in support of the petition.

*Peter J. Ponziani* and *Christopher J. Sochacki,* in opposition.

Decided September 23, 2009

PATRICE HAMILTON, CONSERVATOR (ESTATE OF F) *v.* UNITED SERVICES AUTOMOBILE ASSOCIATION

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 774 (AC 29633), is denied.

KATZ and PALMER, Js., did not participate in the consideration of or decision on this petition.

*Paul A. Slager* and *Amanda R. Whitman,* in support of the petition.

*Catherine S. Neitzel, Joseph J. Arcata III* and *William N. Wright,* in opposition.

Decided September 23, 2009

RICHARD GATES *v.* ESLA EUGENE GATES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 293 (AC 30249), is denied.

*Robert H. Boynton,* in support of the petition.

*Steven D. Ecker* and *Gavan F. Meehan,* in opposition.

Decided September 23, 2009